■ In the Matter of MARY P. NICHOLS et al., Petitioners, v. HYMAN W. GAMSO, as Clerk of the Appellate Division of the New York State Supreme

Court, First Judicial Department, Respondent.— Petition to make available for public inspection a certain sealed file denied and the proceeding dismissed, without costs and without disbursements. Concur — McGivern, P. J., Murphy, Steuer and Tilzer, JJ.; Kupferman, J., dissents in part and would refer the matter to the Third Department on the ground that Hyman W. Gamso is merely a nominal respondent. But, if the matter be deemed to be properly in this Department, he concurs on the merits.